UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Ferenc A. Keresztesi

Case No. 19-10249
Chapter 13

Debtor(s).

# LOSS MITIGATION STATUS REPORT

This Loss Mitigation Status Report is submitted pursuant to the court's Loss Mitigation Program Procedures.

### PART I — GENERAL INFORMATION

a. Full description of the Property:
1377 River Road, West Coxsackie, New York 12192

| b. Name and address of Creditor:<br>Selene Finance<br>PO Box 422039<br>Houston, TX 77242-4239<br><br>Has Creditor filed a proof of claim?<br>☐ Yes    ☐ No | Name, address, and telephone number of Creditor's attorney:<br>SN Servicing Corporation<br>Attn: Kathy Watson<br>323 Fifth Street<br>Eureka, CA 95501<br>800-603-0836 |
|---|---|

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)

# PART II — LOSS MITIGATION PROGRAM

a. On <u>06/03/2019</u>, a Loss Mitigation Request was filed by:

✔ Debtor(s).               Other party: _____.

  Creditor.                The court raised the possibility of Loss Mitigation.

b. Loss Mitigation Order:

  ✔ A Loss Mitigation Order was entered on <u>06/24/2019</u>.

  ✔ The Loss Mitigation Order was served on <u>06/25/2019</u>.

c. At this time, the Debtor(s) is/are:

  ✔ making on-going post-petition monthly mortgage payments in the amount of $ <u>507.00</u>

    directly to the Creditor.

    ✔ to the standing trustee.

    not making on-going post-petition monthly mortgage payments.

d. If the underlying bankruptcy case is one filed under chapter 12 or 13, has a plan been confirmed?

  Yes   ✔ No

e. Creditor served a Request for Information and Documents on <u>06/22/2019</u>.

  Debtor(s) served a Response to the Creditor's Request on <u>08/05/2019</u>.

  ✔ All Information and Documents have been produced.

    The following Information and Documents are still outstanding:
    _____
    _____.

f. Debtor(s) served a Request for Information and Documents on _____.

  Creditor served a Response to the Debtor(s)' Request on _____.

    All Information and Documents have been produced.

    The following Information and Documents are still outstanding:
    _____
    _____.

g.  The Loss Mitigation Parties have participated in  0  Loss Mitigation Session(s) and:

    ☐ A resolution has been reached.

    ✔ A resolution has not been reached because:

    Creditor is reviewing Debtor-submitted documents. Debtor submitted a facially complete document package.

h.  Prior Loss Mitigation Status Report (if applicable):

    A Prior Loss Mitigation Status Report was submitted on _____.

    A Prior Loss Mitigation Status Report was submitted on _____.

    A Prior Loss Mitigation Status Report was submitted on _____.

i.  Additional information relevant to the Loss Mitigation Parties reaching a final resolution:

    _____

    _____

    _____

    _____.

## PART III — OTHER MORTGAGES/LIENS AGAINST THE PROPERTY

_____
_____
_____

Dated: 08/05/2019

/s/ Samuel B. Warner
Name  Samuel B. Warner, Esq.
Firm   Warner & Warner, PLLC
Attorney(s) for Debtor(s)/Creditor
Address  6 Automation Lane, Suite 109, Albany NY 12205
Telephone Number  518 451 9388
Email Address  swarner@warnerlawyers.com
N.D.N.Y. Bar Roll Identification No. 518521

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)